# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**DELTA FUNDING CORPORATION,**            **DEFENDANT/APPELLANT,**

**VS.**            **CAUSE NO. 4:05CV00016-P**

**ETHEL LEE SIGLE,**            **PLAINTIFF/APPELLEE**

## FINAL JUDGMENT

This matter comes before the court upon Delta Funding Corporation's Notice of Appeal from the Bankruptcy Court [1-1] filed on January 19, 2005. Because nothing other than the Notice of Appeal was ever filed in this case, *e.g.*, an appellate brief or a response, the court finds that this action should be dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS THEREFORE ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this the 20th day of July, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE